## Stanley Mruk, Appellee, v. Mike Mruk and Marie Mruk, Appellants.

Gen. No. 41,484.

Heard in second division, first district, this court at October term, 1940; opinion filed July 1, 1941. Joseph Lustfield, for appellants; Ode L. Rankin, of counsel; Charles E. Loy, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."